# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHRISTOPHER ALLEN JONES, | : No. 101 MM 2016 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF BERKS COUNTY READING, PA ET AL, RESPONDENTS AND KATHLEEN G. KANE ATTORNEY GENERAL THROUGH KELLY M. SEKULA SENIOR DEPUTY ATTORNEY GENERAL APPEALS AND LEGAL SERVICE SECTION AND BERKS COUNTY PRISON RECORDS OFFICE, AND COURT OF COMMON PLEAS OF PHILADELPHIA CLERK OF COURT, DISTRICT ATTORNEY OFFICE AND JOHN E. WETZEL SECRETARY OF THE DEPARTMENT OF CORRECTIONS, RECORDS OFFICE SUPERVISOR, GRIEVANCE COORDINATOR SUPERVISOR, AND RIGHT TO KNOW-LAW GOVERNOR'S OFFICE AND MAGISTRATE JAMES TUPPER, DISTRICT JUSTICE, | : : : : : : : : : : : : : : : : : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the "Petition for King Bench Extraordinary Jurisdiction" is **DENIED**.